B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>___Northern___ District of ___Illinois___ | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Plastic Industries Products, Inc. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):    63279803 ||

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>4232 Colton Circle<br>Naperville, IL 60564<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Will County  Zip: 60564                     ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br>4232 Colton Circle<br>Naperville, IL 60564<br><br>and<br><br>2600 United Lane<br>Elk Grove Village, IL 60007           ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2                           Name of Debtor  Plastic Industries Products, Inc.

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ John McKay (member) | x /s/ Kathryn A. Pamenter                    9/25/08 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| John McKay                              9/25/08 | Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. |
| Name of Petitioner                  Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Apples and Oranges, L.L.C. c/o Goldberg Kohn 55 East Monroe Street, Suite 3300, Chicago, IL 60603 | Address 55 East Monroe Street, Suite 3300 Chicago, IL 60603  Telephone No. (312) 201-4000 |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| James Majerus                          9/25/08 | |
| Name of Petitioner                  Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Total Tooling Technology, Inc. 1475 Elmhurst Rd. Elk Grove Village, IL 60007 | Address  Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Tom Schaff                              9/25/08 | |
| Name of Petitioner                  Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Exponentia Growth Systems, Inc. 11933 Hilltop Greens Dr. St. Louis, MO 63128 | Address  Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Apples and Oranges, L.L.C. c/o Goldberg Kohn 55 East Monroe Street, Suite 3300, Chicago, IL 60603 | Unpaid Invoices | not less than $381,754.42 (of which at least $30,000 is unsecured) |
| Total Tooling Technology, Inc. 1475 Elmhurst Rd., Elk Grove Village, IL 60007 | Unpaid Invoices | not less than $6,605.17 |
| Exponentia Growth Systems, Inc. 11933 Hilltop Greens Dr., St. Louis, MO 63128 | Unpaid Invoices | not less than $2,250.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

___0___ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor Plastic Industries Products, Inc.

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ Signature of Petitioner or Representative (State title) John McKay                                    9/25/08 Name of Petitioner                     Date Signed  Name & Mailing Address of Individual Signing in Representative Capacity: Apples and Oranges, L.L.C. c/o Goldberg Kohn 55 East Monroe Street, Suite 3300, Chicago, IL 60603 | x_____ Date Signature of Attorney Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. Name of Attorney Firm (If any) Address 55 East Monroe Street, Suite 3300 Chicago, IL 60603  Telephone No. (312) 201-4000 |
| x /s/ James L. Majerus _____ Signature of Petitioner or Representative (State title) James Majerus                                9/25/08 Name of Petitioner                     Date Signed  Name & Mailing Address of Individual Signing in Representative Capacity: Total Tooling Technology, Inc. 1475 Elmhurst Rd. Elk Grove Village, IL 60007 | x_____ Date Signature of Attorney  Name of Attorney Firm (If any) Address    Telephone No. |
| x_____ Signature of Petitioner or Representative (State title) Tom Schaff                                    9/25/08 Name of Petitioner                     Date Signed  Name & Mailing Address of Individual Signing in Representative Capacity: Exponentia Growth Systems, Inc. 11933 Hilltop Greens Dr. St. Louis, MO 63128 | x_____ Date Signature of Attorney  Name of Attorney Firm (If any) Address    Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner - Apples and Oranges, L.L.C. c/o Goldberg Kohn 55 East Monroe Street, Suite 3300, Chicago, IL 60603 | Nature of Claim Unpaid Invoices | Amount of Claim not less than $381,754.42 (of which at least $30,000 is unsecured) |
| Name and Address of Petitioner - Total Tooling Technology, Inc. 1475 Elmhurst Rd., Elk Grove Village, IL 60007 | Nature of Claim Unpaid Invoices | Amount of Claim not less than $6,605.17 |
| Name and Address of Petitioner - Exponentia Growth Systems, Inc. 11933 Hilltop Greens Dr., St. Louis, MO 63128 | Nature of Claim Unpaid Invoices | Amount of Claim not less than $2,250.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___0___ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2          Name of Debtor  Plastic Industries Products, Inc.

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>John McKay                                   9/25/08<br>Name of Petitioner                          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Apples and Oranges, L.L.C.<br>c/o Goldberg Kohn<br>55 East Monroe Street, Suite 3300,<br>Chicago, IL 60603 | x_____  Date<br>Signature of Attorney<br>Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.<br>Name of Attorney Firm (If any)<br>Address  55 East Monroe Street, Suite 3300<br>Chicago, IL 60603<br><br><br>Telephone No. (312) 201-4000 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>James Majerus                                9/25/08<br>Name of Petitioner                          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Total Tooling Technology, Inc.<br>1475 Elmhurst Rd.<br>Elk Grove Village, IL 60007 | x_____  Date<br>Signature of Attorney<br>Name of Attorney Firm (If any)<br>Address<br><br><br><br>Telephone No. |
| x___/s/ Tom Schaff_____<br>Signature of Petitioner or Representative (State title)<br>Tom Schaff                                    9/25/08<br>Name of Petitioner                          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Exponentia Growth Systems, Inc.<br>11933 Hilltop Greens Dr.<br>St. Louis, MO 63128 | x_____  Date<br>Signature of Attorney<br>Name of Attorney Firm (If any)<br>Address<br><br><br><br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Apples and Oranges, L.L.C.<br>c/o Goldberg Kohn 55 East Monroe Street, Suite 3300, Chicago, IL 60603 | Unpaid Invoices | not less than $381,754.42 (of which at least $30,000 is unsecured) |
| Total Tooling Technology, Inc.<br>1475 Elmhurst Rd., Elk Grove Village, IL 60007 | Unpaid Invoices | not less than $6,605.17 |
| Exponentia Growth Systems, Inc.<br>11933 Hilltop Greens Dr., St. Louis, MO 63128 | Unpaid Invoices | not less than $2,250.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___0___ continuation sheets attached